**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7578**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ALFRED HEATH,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Matthew J. Perry, Senior District Judge.  (CR-97-240-MJP, CA-00-3266)

─────────────

Submitted:  February 27, 2003          Decided:  March 12, 2003

─────────────

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Alfred Heath, Appellant Pro Se.  Jane Barrett Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alfred Heath seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Heath's claims are meritless. Accordingly, he has not made a substantial showing of the denial of a constitutional right. We deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2